**Opinion issued May 21, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-24-00004-CR**

————————————

**LUIS MALDONADO GUERRERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 21st District Court**
**Washington County, Texas**
**Trial Court Cause No. 18693**

---

**MEMORANDUM OPINION**

Appellant Luis Maldonado Guerrero has filed a motion to dismiss the appeal.

The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R.

APP. P. 42.2(a).  We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

Do not publish. TEX. R. APP. P. 47.2(b).